# United States District Court
## Violation Notice

(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| EC11 | E2050600 | Webb | W8361 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 02/09/2026 0029
Offense Charged: ☐ CFR ☐ USC ☒ State Code
NCGS 20-138.1

Place of Offense: Argonnes / Messina

Offense Description: Factual Basis for Charge: Impaired Driving (.15% AC)
HAZMAT ☐

Spc/E4 HHC, 407th BSB

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Provost | Avantee | D |

Street Address: [redacted]
City: [redacted]
State: 
Zip Code: 
Date of Birth: [redacted]
Drivers License No.: [redacted]
CDL ☐  D.L. State:  Social Security No.: [redacted]

☒ Adult ☐ Juvenile   Sex ☒ Male ☐ Female
Hair: BLK   Eyes: Bro   Height: 5'07   Weight: 185

### VEHICLE

VIN:   CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| [redacted] | NC | 2018 | Toyota Camry | | Silver |

### APPEARANCE IS REQUIRED
A ☒ If Box A is checked, you must appear in court. See instructions.
M

### APPEARANCE IS OPTIONAL
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.
$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ **Total Collateral Due**

**PAY THIS AMOUNT AT**
www.cvb.uscourts.gov →

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 301 Green St, Fayetteville, NC
Date: 03/04/2026
Time: 8:00 AM

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

:26-mj-01225-BM    Document 1    Filed 02/11/26    Page

*E2050600*

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on ___9 February___, 20 __26__ while exercising my duties as a law enforcement officer in the ___Eastern___ District of ___NC___

While on duty, I was traveling directly behind the listed vehicle and conducted a records check through DCI of the vehicle's registration, which revealed the registration was active but had an Insurance Stop. After conducting a traffic stop, I identified the operator as the listed person and the front seat passenger as the owner of the vehicle. The owner was able to provide valid proof of insurance, and I explained how to correct the issue. While talking to the driver, I detected the odor of an alcoholic beverage emitting from his breath, as well as observing slurred speech and bloodshot eyes. When asked if the driver had consumed any alcoholic beverages, he stated two beers. SFST's were conducted, which warranted further action. When asked to provide a sample of his breath for chemical analysis on the Intox EC/IR II, he provided two sequential samples, both resulting in .15% AC.

The foregoing statement is based upon:

- [x] my personal observation
- [x] my personal investigation
- [ ] information supplied to me from my fellow officer's observation
- [ ] other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: __02/09/2026__ _____
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; **PASS** = 9 or more passenger vehicle;